**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephen C. Heim
Debtor(s)

CHAPTER 13

BKY. NO. 24-11897 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski

Maggie Soboleski
05 Oct 2026, 07:59:32, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 73dae699ee5aad2b8037135f69306bf156875c134c89e11c06cc91845897d0e2